# EXHIBIT A

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent and Trademark Office**  Reg. No. 1,711,158
Registered Sep. 1, 1992

## TRADEMARK
### PRINCIPAL REGISTER



WHIRLPOOL CORPORATION (DELAWARE CORPORATION)
2000 M-63
BENTON HARBOR, MI 49022

FOR: ELECTRIC BEATING AND MIXING MACHINES AND ATTACHMENTS FOR SUCH MACHINES, IN CLASS 7 (U.S. CL. 23).

FIRST USE 0-0-1937; IN COMMERCE 0-0-1937.

THE STIPPLING SHOWN ON THE DRAWING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF A CONFIGURATION OF AN ELECTRIC BEATING AND MIXING MACHINE.

SEC. 2(F).

SER. NO. 74-077,720, FILED 7-12-1990.

STEPHEN JEFFRIES, EXAMINING ATTORNEY