IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRPOOL CORPORATION AND WHIRPOOL PROPERTIES, INC., §§§§§ *Plaintiffs*, § § v. § § SHENZHEN SANLIDA ELECTRICAL TECHNOLOGY CO., LTD. and SHENZHEN AVOGA TECHNOLOGY CO. LTD., §§§§§§§ *Defendants*. § | Case No. 2:22-CV-00027-JRG-RSP |

**ORDER**

Defendants Shenzhen Sanlida Electrical Technology Co., Ltd. and Shenzhen Avoga Technology Co., Ltd. (collectively, "Defendants") previously moved to stay the preliminary injunction pending appeal ("Motion"). Dkt. No. 26. Magistrate Judge Payne entered a Report and Recommendation, Dkt. No. 32, recommending denial of the Motion and ordering Plaintiffs to post a $10,000 bond. Plaintiffs have posted the bond. Dkt. No. 34. Defendants objected to the Report and Recommendation. Dkt. No. 35.

After conducting a *de novo* review of the Motion, the Report and Recommendation, and Defendants' briefing and objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's objections and **ADOPTS** the Report and Recommendation and orders that the Motion is **DENIED**.

**So Ordered this**
**Aug 12, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE