IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION and WHIRLPOOL PROPERTIES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> SHENZHEN SANLIDA ELECTRICAL TECHNOLOGY CO., LTD. and SHENZHEN AVOGA TECHNOLOGY CO. LTD., <br><br> *Defendants*. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:22-CV-00027-JRG-RSP |

## ORDER

Shenzhen Sanlida Electrical Technology Co. Ltd., and Shenzhen Avoga Technology Co. Ltd. ("Defendants") previously filed a Motion to Dismiss (Dkt. No. 59.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 77), recommending denial of Defendants' Motion to Dismiss. Defendants have now filed Objections (Dkt. No. 83), with Whirlpool Corporation and Whirlpool Properties, Inc. ("Plaintiffs") filing a Response (Dkt. No. 84.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 59) is **DENIED**.

**So Ordered this**

**Jul 26, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE