IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION *et al.*, § § § *Plaintiffs*, § § v. § § SHENZHEN SANLIDA ELETRICAL § TECHNOLOGY CO., LTD. *et al.*, § § § *Defendants*. § | CIVIL ACTION NO. 2:22-cv-00027-JRG-RSP |

## ORDER

Plaintiffs Whirlpool Corporation and Whirlpool Properties, Inc. previously filed a Motion to Dismiss Defendants' Counterclaims (Dkt. No. 96). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 103), recommending a grant in part of Whirlpool's Motion to Dismiss. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss Defendants' Counterclaims (Dkt. No. 96) is **GRANTED IN PART** dismissing Count III of the Defendants' Counterclaims.

So ORDERED and SIGNED this 26th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE