UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORP. and WHIRLPOOL PROPERTIES, INC.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SHENZHEN SANLIDA ELECTRICAL TECHNOLOGY CO., LTD., and<br><br>SHENZHEN AVOGA TECHNOLOGY CO. LTD.<br><br>　　　　Defendants. | Case No. 2:22-cv-00027-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF TRIAL WITNESSES

Pursuant to the Docket Control Order of June 23, 2023 (ECF 80), Plaintiffs' Whirlpool Corp. and Whirlpool Properties, Inc. (collectively "Whirlpool") identify and give notice of its trial witnesses.

Whirlpool reserves the right to supplement, amend, or modify its witness list prior to or during trial based on case developments and/or in light of any order regarding the scope of the trial or in light of any information submitted by Defendants as part of its pretrial filings or otherwise. Whirlpool further reserves the right to call any witness that appears on Defendant's witness list without waiving any right to object to Defendant's presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any such testimony.

Subject to, and without waiving the foregoing rights and objections, at this time Plaintiffs expect to call the following witnesses live at trial:

| NAME | FACT/EXPERT | TYPE | TESTIMONY |
|---|---|---|---|
| Justin DeLapa | Fact | Will Call/LIVE | 30(b)(6) topics for Whirlpool, history of the KitchenAid Stand Mixer Design, the market/marketing/sales of the stand mixers including the KitchenAid Stand Mixer Design, the popularity and fame of the KitchenAid Stand Mixer Design, the quality of the KitchenAid Stand Mixers, the quality of the Infringing Mixers, infringement of the KitchenAid Stand Mixer Design, the harm caused by Defendants' Infringement. |
| Hal Poret | Expert | Will Call/LIVE or VIDEO | Expert Report, the degree of consumer recognition of the KitchenAid Stand Mixer Design. |
| Jacquelyn Chorn | Expert | Will Call/LIVE | Expert Report, the actual confusion caused by the Infringing Mixers. |

| | | | |
|---|---|---|---|
| Joseph Synder | Fact | May Call/LIVE | Declaration provided, the quality of the KitchenAid Stand Mixers, the quality of the Infringing Mixers. |
| Gregory Carpenter | Expert | Will Call/LIVE | Expert Report provided, the recognition and value of the KitchenAid Stand Mixer Design, the marketing and marketing strategy of the Defendants, the harm caused by Defendants' Infringement and marketing strategy. |
| Ryan Lamotta | Expert | Will Call/LIVE | Expert Report provided, the Defendants' profits from the Infringing Mixers, the harm caused by Defendants' Infringement, the damages due to Whirlpool. |
| Xinyi Huang | Fact | May Call/DEP | The digits of confusion, Defendants' mixer portfolio including the infringing mixers |
| Qin Liu | Fact | May Call/DEP | The digits of confusion, Defendants' marketing and sales efforts |
| Liangfeng Meng | Fact | May Call/DEP | The digits of confusion, Defendants' marketing and sales efforts |

Respectfully submitted,

Dated: August 1, 2024

/s/ Marc Lorelli
Marc Lorelli (Michigan Bar No. P63156)
LEAD ATTORNEY
Chanille Carswell (Michigan Bar No. P53754)
Chelsea E. Pasquali (Michigan Bar No. P77375)
**BROOKS KUSHMAN P.C.**
150 W. Second St., Suite 400N
Royal Oak, Michigan 48067-3846
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: mlorelli@brookskushman.com
         ccarswell@brookskushman.com
         cpasquali@brookskushman.com

Melissa Richards Smith
Andrew Thompson ("Tom") Gorham
**GILLAM & SMITH, LLP**

303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com
tom@gillamsmithlaw.com


*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on _____.

                                                                       */s/ Marc Lorelli*