# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORP. and WHIRLPOOL PROPERTIES, INC.<br><br>          Plaintiffs,<br><br>v.<br><br>SHENZHEN SANLIDA ELECTRICAL TECHNOLOGY CO., LTD., and<br><br>SHENZHEN AVOGA TECHNOLOGY CO. LTD.<br><br>          Defendants. | Case No. 2:22-cv-00027-JRG-RSP<br><br>JURY TRIAL DEMANDED |

# DEFENDANTS' NOTICE OF TRIAL WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the operative Docket Control Order (ECF 80), Defendants Shenzhen Sanlida Electrical Technology Co., Ltd. ("Sanlida") and Shenzhen Avoga Technology Co. Ltd. ("Avoga") (collectively "Defendants"), by and through counsel, hereby submit the following list of witnesses whom Defendants are likely to call at trial, either live and/or by deposition. This witness list does not identify those witnesses that Defendants may choose to cross-examine at trial, and Defendants hereby reserves the right to cross-examine and/or impeach any witness at trial, regardless whether that witness is disclosed on this witness list, including without limitation by counter-designation of proffered deposition testimony. Defendants also reserves the right to present witnesses by deposition in the event that they become unavailable for trial. Defendants further reserves the right to call, live or by deposition, any witness identified or called at trial by Plaintiffs Whirlpool Corp. and Whirlpool Properties, Inc. ("Plaintiffs" or "Whirlpool").

Additionally, Defendants reserves the right to amend and/or supplement this disclosure to the full extent permitted, including to add rebuttal witnesses, in rebuttal to Plaintiffs' case, arguments or evidence, and/or for authentication purposes. Defendants' identification of any witness herein is not an admission that the witness's testimony would be admissible if proffered by Plaintiff. Defendants' identification of witnesses is based on its assessment of the case at this time and will supplement this disclosure if further information warrants. As such, Defendants reserves all rights to modify, amend, and/or supplement this witness list based on case developments, including but not limited to the right to: (i) not call some of the witnesses identified; (ii) call live or by deposition any witness identified on the witness list provided by Plaintiff as well as any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which any opposing party objects (including but not limited to custodians of records); (iii)

disclose additional witnesses to testify live or by deposition; and/or (iv) introduce deposition testimony as impeachment evidence.

At this time Defendants identify the following witnesses for trial:

| Witness | Will Call or May Call | Live or by Deposition |
| --- | --- | --- |
| Justin DeLapa | May Call | Live or by Deposition |
| Hal Poret | May Call | Live |
| Jacquelyn Chorn | May Call | Live |
| Joseph Synder | May Call | Live |
| Gregory Carpenter | May Call | Live |
| Ryan Lamotta | May Call | Live |
| Xinyi Huang | May Call | Live or by Deposition |
| Qin Liu | May Call | Live or by Deposition |
| Xiaoxin Huang | May Call | Live |

Dated: August 8, 2024                                   Respectfully Submitted,

By: /s/ Tianyu Ju
Tianyu Ju (State Bar Number: 323817)
Email: iris.ju@glacier.law
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: 312.448.7772
Facsimile: 312.801.4587
***Attorney for Defendants***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with notice of the filing of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on August 8, 2024.

/s/ Tianyu Ju
Tianyu Ju, Esq.
