UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION *et al.*, § § *Plaintiffs*, § § v. § § SHENZHEN SANLIDA ELETRICAL § TECHNOLOGY CO., LTD. *et al.*, § § *Defendants*. § | CIVIL ACTION NO. 2:22-cv-0027-JRG-RSP |

# <u>ORDER</u>

Whirlpool Corporation and Whirlpool Properties, Inc. (collectively, "Whirlpool") previously filed a Motion for Summary Judgment dismissing any functionality challenge. (Dkt. No. 122.) Magistrate Judge Payne entered a Report and Recommendation, recommending granting Whirlpool's Motion for Summary Judgment. (Dkt. No. 133.) Defendants Shenzen Sanlida Electrical Technology Co., Ltd. and Shenzhen Avoga Technology Co. Ltd. (collectively, "Defendants") have now filed Objections. (Dkt. No. 141.)

After conducting a *de novo* review of the briefing on the Summary Judgment, the Report and Recommendation, and Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that Defendants' Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment (Dkt. No. 122) is **GRANTED**.

## So Ordered this

**Oct 8, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2