IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION and WHIRLPOOL PROPERTIES, INC., | § § § § § § § | |
| *Plaintiffs*, | | |
| v. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:22-CV-00027-JRG-RSP |
| SHENZHEN SANLIDA ELECTRICAL TECHNOLOGY CO., LTD. and SHENZHEN AVOGA TECHNOLGY CO. LTD., | | |
| *Defendants*. | | |

## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- **"Whirlpool"** refers collectively to Plaintiffs Whirlpool Corporation and Whirlpool Properties, Inc.
- **"Defendants"** refers collectively to Defendants Shenzhen Sanlida Electrical Technology Co., Ltd. and Shenzhen Avoga Technology Co. Ltd.
- **"'158 Trademark"** refers to U.S. Trademark Registration No. 1,711,158 for the KitchenAid Stand Mixer exterior design

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE

## INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR

## VERDICT COMPLIES WITH THEM

## QUESTION 1:

Do you find, by a preponderance of the evidence, that Defendants infringed the '158 Trademark?

Yes: __X__    No: _____

**QUESTION 2:**

Do you find, by a preponderance of the evidence, that Defendants' use of the design of the SM-1522 Stand Mixer caused dilution of the '158 Trademark?

Yes: __X__     No: _____

**If you answered "yes" for Question 1 or Question 2, answer the following questions. Otherwise, if you answered "no" to Questions 1 AND 2, please proceed to the last page to sign and date the Jury Verdict.**

**QUESTION 3:**

What sum of money would fairly and reasonably compensate Whirlpool for the actual damage it suffered from Defendants' conduct?

Answer in United States Dollars and Cents, if any:

$  25,000,000.00

**QUESTION 4:**

Separate and apart from the amount you answered in Question 3, what total amount of profits do you find Defendants made from their infringement of the '158 Trademark?

Answer in United States Dollars and Cents, if any:

$ 2,045,644.00

## QUESTION 5:

Do you find, by a preponderance of the evidence, that Defendants' conduct regarding the '158 Trademark was willful?

Yes: __X__   No: _____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __29__ day of January, 2025.

_____
Jury Foreperson