# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WHIRLPOOL CORPORATION and § <br> WHIRLPOOL PROPERTIES, INC., § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> SHENZHEN SANLIDA ELECTRICAL § <br> TECHNOLOGY CO., LTD. and § <br> SHENZHEN AVOGA TECHNOLGY CO. § <br> LTD., § <br> § <br> *Defendants*. § <br> § | CIVIL ACTION NO. 2:22-cv-00027-JRG-RSP |

## ORDER

The Court issues this Order *sua sponte*. On January 29, 2025, following a three-day jury trial in this case, the jury returned a verdict. (Dkt. No. 172.) In light of the jury's verdict, the Court enters the following briefing scheduling on any post-verdict, pre-judgment issues that either side seeks to raise with the Court, including but not limited to any motions for a permanent injunction, to adjust the jury's award under 15 U.S.C. § 1117, and for reasonable attorney's fees under 15 U.S.C. § 1117. Each side shall file such motion(s) within **fourteen (14) days** of the date of this Order. The response briefs, reply briefs, and sur-reply briefs relating to such post-trial motions shall thereafter proceed in accordance with this Court's local rules.

After the Court has the benefit of the briefing on any post-verdict motions, the Court intends to enter final judgment herein pursuant to the record at trial, the jury's verdict, and post-verdict motions. Once the Court enters the final judgment, Federal Rules of Civil Procedure 50(b) and 59, in concert with this Court's local rules, shall dictate the schedule and procedures for filing any post-judgment motions.

## So Ordered this

**Feb 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE